UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

| | |
|---|---|
| JONATHAN WILKOF, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  v.<br><br>CARACO PHARMACEUTICAL LABORATORIES, LTD., DANIEL H. MOVENS and MUKUL RATHI,<br><br>       Defendants. | No. 2:09-cv-12830-RHC-MJH<br><br>CLASS ACTION<br><br>**NOTICE OF COMPANION CASE**<br><br>L.R. 83.11(b)(7) |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Pursuant to Local Rule 83.11(b)(7)(B), Plaintiff Jonathan Wilkof, having now become aware of a companion case to the within matter, hereby notifies the Court of the following companion case before Judge Arthur J. Tarnow to which Defendant Caraco Pharmaceutical Laboratories, Ltd. ("Caraco") was an interested party: *United States v. Adulterated Articles of Drug*, E.D. Mich., Case No. 2:09-cv-12498-AJT-DAS.  The action relates to the seizure of certain articles of drugs owned by Caraco on June 25, 2009, by the United States Marshal.  While Caraco was not named as a party to the *Adulterated* action, it subsequently intervened in the action as an interested party, and filed a claim for the articles of drugs.  The United States Government and Caraco entered into a Consent Decree of condemnation, forfeiture and permanent injunction signed by Judge Tarnow on September 29, 2009.  Subsequently, on October 14, 2009, a Consent Decree bond in the amount of $15 million was posted by Caraco.

DATED: November 3, 2009          THE MILLER FIRM

By:___/s/ ***E. Powell Miller***_____
      E. Powell Miller
950 West University Drive, Suite 300
Rochester, Michigan 48307
Telephone:    (248) 841-2200
Facsimile:    (248) 652-2852

*Liaison Counsel*

GLANCY BINKOW & GOLDBERG LLP
Lionel Z. Glancy
Michael Goldberg
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:    (310) 201-9150
Facsimile:    (310) 201-9160

*Counsel for Plaintiff*