**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JONATHAN WILKOF,
         Plaintiff(s),

v.

CARACO PHARMACEUTICAL LABORATORIES, LTD,
         Defendant(s).
_____/

CASE NUMBER: 09-12830

HONORABLE ARTHUR J. TARNOW

**NOTICE OF:
STATUS/SETTLEMENT CONFERENCE**

You are hereby notified to appear before the Honorable Arthur J. Tarnow, United States District Judge for the above proceeding on:

| DATE | TIME | ROOM 124 |
|---|---|---|
| **TUESDAY, JANUARY 12, 2010** | 2:30 p.m. | Theodore Levin U.S. Courthouse<br>231 W. Lafayette<br>Detroit, Michigan 48226 |

**Please be prepared to discuss the following:**

1. **A brief summary to the Court of the case and issues;**
2. **Settlement offers and counteroffers;**
3. **Subject matter jurisdiction;**
4. **Relationship to other cases; and**
5. **Necessity of amendments to pleadings, additional parties, third-party complaints.**
6. **Someone with settlement authority must be present.**

**CERTIFICATE OF MAILING**

**I hereby certify that a copy of this notice was served upon on this date December 9, 2009 by ordinary mail or electronically.**

Date: December 9, 2009                                          s/Theresa E. Taylor
                                                                          Deputy Clerk         313-234-5182