UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jonathan Wilkof, et al.,

                Plaintiff(s),

v.                                                    Case No. 2:09−cv−12830−AJT−DAS
                                                     Hon. Arthur J Tarnow

Caraco Pharmaceutical
Laboratories, Ltd., et al.,

                Defendant(s).

## NOTICE TO APPEAR

You are hereby notified to appear before the Honorable Arthur J Tarnow, Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  April 27, 2010 at 10:00 AM

## Certification

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                                            By: s/ L. Ware
                                                   Case Manager

Dated:  April 18, 2010